AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| United States of America | ) |
| v. | ) |
|  | ) Case No. 3:20-cr-17 |
| BRADLEY J. CHARLTON | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: | U.S. Courthouse - 208 Penn Traffic Building<br>319 Washington Street<br>Johnstown, PA 15901 | Courtroom No.: A |
|---|---|---|
|  |  | Date and Time: 7/29/2020 1:00 PM |

This offense is briefly described as follows:
1) 18 U.S.C. Conspiracy; 2) 18 U.S.C. 2 and 2341 Interstate Transportation of Stolen Property

CLERK OF COURT

07/07/2020
Date

*Michael Ayoob*
Signature of Clerk or Deputy Clerk

Michael Ayoob, Deputy Clerk
*Printed name and title*

I declare under penalty of perjury that I have:

☒ Executed and returned this summons   ☐ Returned this summons unexecuted

Date: 7-15-2020

*Server's signature*

Deputy US Marshal John Horius
*Printed name and title*